AO 442 (WIED 02/17) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

| United States of America | ) | |
| v. | ) | **SEALED** |
| | ) | Case No. 25-CR-41 |
| Steven Ramos-Serra aka "Steven De Niro" | ) | 3:25-378 (M) |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Steven Ramos-Serra aka "Steven De Niro"                    ,
who is accused of an offense or violation on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Pretrial Release Violation Petition

☐ Violation Notice    ☐ Order of Court

This offense is briefly described as follows:
**Count 1** - 21:846, 841(a)(1), & 841(b)(1)(B) - CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE
**Count 2** - 21:841(a)(1) & 841(b)(1)(B), & 18:2(a) - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

Date:        March 4, 2025                                          *s/ Ross M*
                                                                                    *Issuing officer's signature*

                                                        GINA M. COLLETTI, Clerk, U.S. District Court

City and State:    Milwaukee, Wisconsin                    By: Ross M., Deputy Clerk
                                                                                    *Printed name and title*

| **Return** |
| --- |

This warrant was received on *(date)*  3/5/2025  , and the person was arrested on *(date)*  4/15/2025
at *(city and state)*  Ponce, PR  .

Date:    4/15/2025

                                                                                    *Arresting officer's signature*

                                                        Jose Ortiz, Postal Inspector
                                                                                    *Printed name and title*